**BARTON BARTON & PLOTKIN LLP**
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
*Attorneys for Plaintiff*
Kyle C. Bisceglie, Esq. (KB 6052)
Randall L. Rasey, Esq. (RR 2973)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FCS ADVISORS, INC. d/b/a BREVET CAPITAL ADVISORS, <br><br> Plaintiff, <br><br> -against- <br><br> FAIR FINANCE COMPANY, INC., <br><br> Defendant. | Docket No.: <br><br><br> **RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, FCS ADVISORS, INC. d/b/a Brevet Capital Advisors, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

Not applicable.

Dated: July 16, 2007
New York, New York

BARTON BARTON & PLOTKIN LLP

By: Roger E. Barton, Esq. (RB 4142)
Howard J. Smith, III, Esq. (HS 3556)
Attorneys for Plaintiff
420 Lexington Avenue, 18th Fl.
New York, NY 10170