UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: BARTON, BARTON & PLOTKIN, LLP

ORIGINAL

FCS ADVISORS, INC., D/B/A BREVET CAPITAL ADVISORS

Plaintiff(s)

- against -

FAIR FINANCE COMPANY, INC.

Defendant(s)

Index # 07 CIV 6456 (CHIN)

Purchased July 16, 2007

**AFFIDAVIT OF SERVICE**

STATE OF OHIO : COUNTY OF SUMMIT ss:

DAVID BLACKFORD BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT SUMMIT COUNTY, STATE OF OHIO.

That on July 24, 2007 at 12:55 PM at

815 MARKET STREET
AKRON, OH 44305

deponent served the within SUMMONS AND COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING;* on FAIR FINANCE COMPANY, INC. therein named,

**CORPORATION** a FOREIGN corporation by delivering thereat a true copy of each to LAUREN FUTO, ACCOUNT ASSISTANT personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT; 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL; PROCEDURES FOR ELECTRONIC CASE FILING;* as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 50 | 5'7 | 140 |

*GUIDELINES FOR ELECTRONIC CASE FILING; INDIVIDUAL PRACTICES OF JUDGE DENNY CHIN; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE HENRY PITMAN; CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: July 24, 2007
Notary:
RICHARD D. PURSER, Notary Public
Residence - Medina County
State Wide Jurisdiction, Ohio
My Commission Expires 4/5/09

Server: DAVID BLACKFORD

Invoice #: 444592