JAFFE & ASHER LLP
600 Third Avenue
New York, New York 10016
(212) 687-3000
Attorneys for Defendant
Gregory E. Galterio (GEG-0787)
Ira N. Glauber (ING-8383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FCS ADVISORS, INC. d/b/a BREVET         Docket No. 07 CIV 6456 (DC)
CAPITAL ADVISORS,

      Plaintiff,        **FAIR FINANCE COMPANY,**
                                        **INC.'S RULE 7.1 STATEMENT**
  -against-

FAIR FINANCE COMPANY, INC.,

      Defendant.
------------------------------------------------------------X

M A D A M S / S I R S :

  Pursuant to Fed. R. Civ. P. 7.1(a), defendant FAIR FINANCE COMPANY, INC. ("FairFin") states that no public corporation owns 10% or more of its stock. FairFin further states that it is wholly owned by Fair Holdings, Inc. ("FHI"), a privately held S-Corporation organized under the laws of the State of Ohio. FHI is wholly owned by DC Investments, LLC, a privately held limited liability company organized under the laws of the State of Indiana.

Dated: New York, New York                JAFFE & ASHER LLP
   September 7, 2007
                                         By: _____
                                           Gregory E. Galterio
                                           Ira N. Glauber
                                           600 Third Avenue, Ninth Floor
                                           New York, New York 10016
                                           (212) 687-3000
                                           Attorneys For Defendant and
                                           Counterclaim Plaintiff

TO: BARTON BARTON & PLOTKIN
420 Lexington Avenue
New York, NY 10170
(212) 687-6262
Attorneys for Plaintiff and
Counterclaim Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FCS ADVISORS, INC. d/b/a BREVET
CAPITAL ADVISORS,

                        Plaintiff,

-against-

FAIR FINANCE COMPANY, INC.,

                        Defendant.
------------------------------------------------------------X

Docket No. 07 CIV 6456 (DC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ) SS.:
COUNTY OF NEW YORK  )

        Carmen Jeanty, being duly sworn deposes and says:

        1.     I am not a party to this action, am over eighteen years of age and reside in New York, New York.

        2.     On September 7, 2007, I served a true copy of the annexed **FAIR FINANCE COMPANY, INC.'S RULE 7.1 STATEMENT** by mailing same via Regular U.S. Mail, in a sealed envelope, with postage pre-paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

                        Barton Barton & Plotkin
                        420 Lexington Avenue
                        New York, New York 10170
                        Attorneys for Plaintiff and
                        Counterclaim Defendant

                                                  _____
                                                  Carmen Jeanty

Sworn to before me this
7th day of August 2007

_____
NOTARY PUBLIC

MARK MONACK
Notary Public, State of New York
No. 02MO6081470
Qualified in New York
Commission Expires October 7, 2010