**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

J. Michael McMahon
Clerk of the Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
FCS Advisors, Inc,

    Plaintiff(s),      07 Civ. 6456 (DC)

  - against -

Fair Finance Co, Inc., et al.,

    Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

  The above-captioned action has been assigned to Judge Denny Chin.

  Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

  This conference will be held on October 26, 2007 at 10:00 A.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

  Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

  **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:  New York, New York
     October 3, 2007

                     Sincerely,

                     David Tam
                     Courtroom Deputy Clerk
                     U.S.D.C. - S.D.N.Y.
                     500 Pearl Street, Rm. 1020
                     New York, New York 10007
                     (212) 805-0096

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```