```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
FCS ADVISORS, INC. d/b/a            :
Brevet Capital Advisors,
                                    :
            Plaintiff,
                                    :
    - against -                         ORDER
                                    :
FAIR FINANCE COMPANY, INC.              07 Civ. 6456 (DC)
                                    :
            Defendants.
                                    :
- - - - - - - - - - - - - - - - - -x
```

**CHIN, District Judge**

      The parties having appeared for a pre-trial conference in this case today, it is hereby ORDERED that:

      1.  Plaintiff shall file an amended complaint by May 23, 2008;

      2.  Defendant shall answer the amended complaint by June 6, 2008;

      3.  Defendant's relevancy objection to production of documents regarding the February 2008 transaction is overruled;

      4.  Fortress's objection to production of certain documents is sustained in light of the Court's ruling that the documents can be obtained from defendant.

      SO ORDERED.

Dated:  New York, New York
        May 9, 2008

                                            DENNY CHIN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08