✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

FCS ADVISORS, INC.

        Plaintiff,

v.

FAIR FINANCE COMPANY, INC.

        Defendant.

**APPEARANCE**

Case Number:  07 CV 6456 (DC)

To the Clerk of this court and all parties of record:

      Enter my appearance as counsel in this case for

      Plaintiff, FCS Advisors, Inc.

      I certify that I am admitted to practice in this court.

| 5/27/2008 | | _Randall L. Rasey (signature)_ | RR 2973 |
|---|---|---|---|
| Date | | Signature | |

| Randall L. Rasey | | | RR 2973 |
|---|---|---|---|
| Print Name | | | Bar Number |

Barton Barton & Plotkin LLP, 420 Lexington Ave., 18th Fl.
Address

| New York | NY | 10170 |
|---|---|---|
| City | State | Zip Code |

| (212) 687-6262 | (212) 687-3667 |
|---|---|
| Phone Number | Fax Number |

Email: RRasey@bartonesq.com