# BARTON BARTON & PLOTKIN LLP

**ATTORNEYS AT LAW**

GRAYBAR BUILDING | 420 LEXINGTON AVENUE | NEW YORK NY 10170
212.687.6262 | FAX 212.687.3667 | BARTONESQ.COM
DIRECT DIAL: 212.885.8822

Randall L. Rasey

rrasey@bartonesq.com

May 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

**BY FIRST CLASS MAIL**

Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, NY 10007

Re: *FCS Advisors, Inc. d/b/a Brevet Capital Advisors v. Fair Finance Company, Inc.*,
07 CV 6456 (DC)

Dear Judge Chin:

Enclosed please find Exhibits A and B to Plaintiff's Amended Complaint in the above-referenced action. The exhibits were inadvertently left out of the version of the Amended Complaint, which was filed with the Court on May 23, 2008, and posted as document #13 on the Court's docket.

Pursuant to the docketing clerk's instructions to our law clerk, in order to attach Exhibits A and B to the Amended Complaint, the docketing clerk needs your Honor's permission by way of endorsing this letter. Therefore, we respectfully request that the Court to so.

Please note that Exhibits A and B to the Amended Complaint are the same Exhibits A and B that were filed with and annexed to the original Complaint, and are referenced in the Amended Complaint as they were in the original Complaint. Their omission from the filed Amended Complaint was the result of a clerical error on our part.

We apologize for any confusion. Thank you for the Court's attention to this matter.

Approved.
SO ORDERED.
[signature] USDJ 6/2/08

Respectfully submitted,

[signature]
Randall L. Rasey

Enclosure
cc: Ira N. Glauber, Esq. (via First Class Mail with a copy of the Amended Complaint and Exhibits)