# MEMO ENDORSED

Ira N. Glauber (ING-8383)
**JAFFE & ASHER LLP**
600 Third Avenue
New York, New York 10016
Tel: (212) 687-3000
Attorneys for Defendant Fair Finance Company, Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FCS ADVISORS, INC., d/b/a Brevet Capital
Advisors

        Plaintiff,

v.

FAIR FINANCE COMPANY, INC.,

        Defendants.

Civil Action No. 07 CV 6546 (DC)

**STIPULATION AND
ORDER EXTENDING TIME TO
ANSWER AMENDED COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED** by and between the Plaintiff FCS ADVISORS, INC., d/b/a Brevet Capital Advisors ("Brevet Capital") and Defendant FAIR FINANCE COMPANY, INC. ("Fair Finance"), through their respective undersigned counsel, that the time for defendant Fair Finance to answer, move or otherwise plead with respect to the Amended Complaint in this action, be and the same hereby is extended to and including the eleventh (11th) day of July, 2008.

Dated: New York, New York
      June 25, 2008

JAFFE & ASHER LLP

By: _____
Ira N. Glauber (ING-8383)
600 Third Avenue, Ninth Floor
New York, New York 10016-1901
(212) 687-3000
Attorneys for Defendant Fair
Finance Company, Inc

BARTON BARTON & PLOTKIN LLP

By: _____
Randall L. Rasey (RR-2973)
420 Lexington Avenue
New York, New York 10170
(212) 687-6262
Attorneys for Plaintiff FCS Advisors, Inc.
d/b/a Brevet Capital Advisors

**SO ORDERED:**

_____
HON. DENNY CHIN, U.S.D.J

6/26/08