UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

FCS ADVISORS, INC. d/b/a BREVET CAPITAL ADVISORS,

       Plaintiff,

  -against-

FAIR FINANCE COMPANY, INC.,

       Defendant.
----------------------------------------------------------X

Docket No. 07 CIV 6456 (DC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          ) SS.:
COUNTY OF NEW YORK )

  Carmen Jeanty, being duly sworn deposes and says:

  1. I am not a party to this action, am over eighteen years of age and reside in Jackson Heights, New York.

  2. On July 11, 2008, I served a true copy of the annexed **ANSWER TO THE AMENDED COMPLAINT AND COUNTERCLAIM AND DEMAND FOR A JURY** by mailing same via Regular U.S. Mail, in a sealed envelope, with postage pre-paid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed as indicated below:

        Barton Barton & Plotkin
        420 Lexington Avenue
       New York, New York 10170
        Attorneys for Plaintiff

           _____
             Carmen Jeanty

Sworn to before me this
11th day of July 2008

_____
NOTARY PUBLIC  GLENN P. BERGER
   Notary Public, State of New York
      No. 4867123
  Qualified in Westchester County
  Commission expires July 14, 19__
       2010