```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
FCS ADVISORS, INC. d/b/a BREVET     :
CAPITAL ADVISORS,                   :
                                    :
              Plaintiff,            :
                                    :
        - against -                 :
                                    :
FAIR FINANCE COMPANY, INC.,         :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -x
```



**ORDER**

07 Civ. 6456 (DC)

**CHIN, District Judge**

     Defendant's request for a twenty-day extension to respond to plaintiff's discovery requests is granted, but only for ten days. Defendant shall respond to all outstanding discovery requests by September 21, 2009.

     This order supersedes the Court's prior order, also issued today, which ordered defendant to respond by September 25, 2009.

     SO ORDERED.

Dated: New York, New York
       September 15, 2009

                                     DENNY CHIN
                                     United States District Judge